[No. 11163-9-I.   Division One.   March 5, 1984.]

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, *Respondent*, v. ROGER L. CUTSINGER, ET AL, *Defendants*, DENNIS D. LACY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-2-15362-5, Robert M. Elston, J., entered November 30, 1981. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Scholfield, J., and Soderland, J. Pro Tem.

[No. 11393-3-I.   Division One.   March 5, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DELBERT E. HINDS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 4735, Harry A. Follman, J., entered February 4, 1982. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Andersen, J., Williams, J., dissenting.

[No. 11663-1-I.   Division One.   March 5, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM T. SMITH, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 81-1-03272-5, Norman W. Quinn and Frank D. Howard, JJ., entered March 30 and January 21, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Williams, JJ.